DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRIAN P. CEBALLO, State Bar #243828
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3911
Facsimile: (415) 554-3837
E-Mail: brian.ceballo@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA STEFFEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT AND DOES 1-20,<br><br>    Defendants. | Case No. 17-cv-6396 DMR (KAW)<br><br>**STIPULATED ADMINISTRATIVE REQUEST TO CONTINUE THE MARCH 28, 2018 SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Trial Date:    Not Set |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on or about February 14, 2018, a Settlement Conference was set for March 28, 2018;

WHEREAS, on or about March 8, 2018, the parties met and conferred about outstanding discovery, discovery deadlines, and a modified date for the settlement conference,

WHEREAS, the parties are continuing to conduct discovery, are still awaiting material third party discovery, and need additional time to properly evaluate their respective positions which will assist in making the settlement discussions productive.

IT IS HEREBY STIPULATED by and between plaintiff ANDREA STEFFEN and Defendants CITY AND COUNTY OF SAN FRANCISCO, et al, through their counsel of record, to postpone the settlement conference presently set for March 28, 2018 to date in June 2018, subject to the availability of the Court.

Dated: March 8, 2018

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        BRIAN P. CEBALLO
        Deputy City Attorney

By: */s/ Brian P. Ceballo*
        BRIAN P. CEBALLO

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: March 8, 2018

By: */s/ Andrea Steffen*
        ANDREA STEFFEN

Plaintiff in Pro Per

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, pursuant to stipulation, IT IS HEREBY ORDERED that the settlement conference previously set for March 28, 2018, be continued to __June 29, 2018__.

Dated: __3/13/18__

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE